# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

147068

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CIT TECHNOLOGY FINANCIAL SERVICES,
      Plaintiff-Appellee,

v

                                         SC:  147068
                                         COA:  305127
                                         Wayne CC:  05-511500-PD

DETROIT BOARD OF EDUCATION,
        Defendant-Appellant,

and

DETROIT SCHOOL DISTRICT,
        Defendant.

_____/

      On order of the Court, the application for leave to appeal the March 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



p0826

Clerk